## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kennith Eugene Young<br>Mary Alice Young<br>**Debtor(s)** | BK NO. 18-01077 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

    Respectfully submitted,

*/s/ Brian C. Nicholas*
Brian Nicholas
04 Sep 2020, 11:31:55, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322