United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01077-HWV |
| Kennith Eugene Young | Chapter 13 |
| Mary Alice Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5335692 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Kennith Eugene Young DorieMott@aol.com<br>KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | |
| | on behalf of Debtor 2 Mary Alice Young DorieMott@aol.com<br>KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Douglas Richard Blecki, Jr. | |
| | on behalf of Creditor Aberdeen Proving Ground Federal Credit Union dblecki@silvermanlegal.com |

Kara Katherine Gendron
 on behalf of Debtor 1 Kennith Eugene Young mottgendronecf@gmail.com
 doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
 on behalf of Debtor 2 Mary Alice Young mottgendronecf@gmail.com
 doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kevin S Frankel
 on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

Rebecca Ann Solarz
 on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com

Rebecca Ann Solarz
 on behalf of Creditor MTGLQ Investors L.P. bkgroup@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01077-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Kennith Eugene Young
266 Grove Road
Delta PA 17314

Mary Alice Young
266 Grove Road
Delta PA 17314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/27/2021.

Name and Address of Alleged Transferor(s):

Claim No. 8: Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

MTGLQ Investors, L.P.
C/O SELECT PORTFOLIO SERVICING
PO Box 65250
Salt Lake City, UT 84165
MTGLQ Investors, L.P.
C/O SELECT PORTFOLIO SERVICING

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/30/21

Terrence S. Miller
**CLERK OF THE COURT**