United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01077-HWV |
| Kennith Eugene Young | Chapter 13 |
| Mary Alice Young | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5406228 | + | MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165, MTGLQ Investors, L.P. C/O SELECT PORTFOLIO SERVICING 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5406228 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 18:37:00 | MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165, MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Dorothy L Mott | |
| | on behalf of Debtor 1 Kennith Eugene Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr |

| | |
|---|---|
| | on@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Mary Alice Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Aberdeen Proving Ground Federal Credit Union dblecki@silvermanlegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Kennith Eugene Young karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Mary Alice Young karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors L.P. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01077-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Kennith Eugene Young<br>266 Grove Road<br>Delta PA 17314 | Mary Alice Young<br>266 Grove Road<br>Delta PA 17314 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2022.

Name and Address of Alleged Transferor(s):

Claim No. 8: MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165, MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING

Name and Address of Transferee:

MTGLQ Investors, L.P.
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
MTGLQ Investors, L.P.
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/10/22

Terrence S. Miller
**CLERK OF THE COURT**