United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 18-01077-HWV

Kennith Eugene Young                                      Chapter 13

Mary Alice Young
        Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5468661 | + Email/Text: mtgbk@shellpointmtg.com | Nov 16 2022 18:40:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor MTGLQ Investors  L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor GS Mortgage-Backed Securities Trust 2022-RPL2  c/o U.S. Bank Trust National Association |

cwohlrab@raslg.com

Charles G. Wohlrab

on behalf of Creditor MTGLQ Investors  L.P. cwohlrab@raslg.com

Dorothy L Mott

on behalf of Debtor 1 Kennith Eugene Young DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net

Dorothy L Mott

on behalf of Debtor 2 Mary Alice Young DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net

Douglas Richard Blecki, Jr.

on behalf of Creditor Aberdeen Proving Ground Federal Credit Union dblecki@silvermanlegal.com
jmcmurray@silvermanlegal.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Kara Katherine Gendron

on behalf of Debtor 2 Mary Alice Young
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai
l.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron

on behalf of Debtor 1 Kennith Eugene Young
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai
l.com;MottGendronLaw@jubileebk.net

Kevin S Frankel

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01077-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Kennith Eugene Young
266 Grove Road
Delta PA 17314

Mary Alice Young
266 Grove Road
Delta PA 17314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/15/2022.

Name and Address of Alleged Transferor(s):

Claim No. 8: MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing

Name and Address of Transferee:

GS Mortgage-Backed Securities Trust 2022-RPL2,
NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603
GS Mortgage-Backed Securities Trust 2022
NewRez LLC d/b/a Shellpoint Mortgage

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/18/22

Terrence S. Miller
**CLERK OF THE COURT**