United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Kennith Eugene Young<br>Mary Alice Young<br>    Debtors | Case No. 18-01077-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Apr 20, 2023      Form ID: 3180W      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kennith Eugene Young, Mary Alice Young, 266 Grove Road, Delta, PA 17314-9023 |
| 5058400 | + | Aberdeen Proving Ground FCU, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Ste. 520, N. Bethesda, MD 20852-7105 |
| 5035883 | + | CATHERINE M BILGER, TAX COLLECTOR, 529 BROAD ST EXTD, DELTA, PA 17314-9203 |
| 5035884 | + | CCB/BJSCLUB, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5058399 | + | Douglas Blecki, 11200 Rockville Pike, Ste. 520, N. Bethesda, MD 20852-7105 |
| 5035893 | + | MASSANUTTEN OWNERS ASSOC, PO BOX 1227, HARRISONBURG, VA 22803-1227 |
| 5035894 | + | MATTHEW YOUNG, 266 GROVE ROAD, DELTA, PA 17314-9023 |
| 5035895 | + | MEDSTAR HEALTH VNA, 4061 POWDER MILL RD, STE 560, BELTSVILLE, MD 20705-4052 |
| 5035901 | + | WOODSTONE AT MASSANUTTEN, MASSANUTTEN RESORT BILLING, PO BOX 1227, HARRISONBURG, VA 22803-1227 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Apr 20 2023 22:34:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2023 18:44:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5035881 | + | Email/Text: bankruptcygroup@apgfcu.com | Apr 20 2023 18:43:00 | ABERDEEN PROVING GROUND FCU, PO BOX 1176, ABERDEEN, MD 21001-6176 |
| 5035882 | + | EDI: TSYS2 | Apr 20 2023 22:34:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5035889 | | EDI: PENNDEPTREV | Apr 20 2023 22:34:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5035889 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2023 18:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5058867 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2023 18:49:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5035899 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 20 2023 18:43:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5035890 | + | Email/Text: bankruptcy@diamondresorts.com | Apr 20 2023 18:43:00 | DIAMOND RESORTS FINANCIAL SERVICES, 10600 WEST CHARLESTON BLVD, LAS VEGAS, NV 89135-1260 |
| 5035888 | | Email/Text: FMClaims@Firstmarkservices.com | Apr 20 2023 18:43:22 | CITIZENS/FM, 121 S 13TH STREET, LINCOLN, NE 68508 |
| 5506385 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 20 2023 18:43:00 | GS Mortgage-Backed Securities Trust |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 2022-RPL2,, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603, GS Mortgage-Backed Securities Trust 2022, NewRez LLC d/b/a Shellpoint Mortgage 29603-0826 |
| 5506384 | + Email/Text: mtgbk@shellpointmtg.com | Apr 20 2023 18:43:00 | GS Mortgage-Backed Securities Trust 2022-RPL2,, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5335691 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2023 18:44:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5335692 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2023 18:44:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing, |
| 5035891 | EDI: IRS.COM | Apr 20 2023 22:34:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5035885 | Email/Text: info@pamd13trustee.com | Apr 20 2023 18:43:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5035886 | EDI: JPMORGANCHASE | Apr 20 2023 22:34:00 | CHASE AARP, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 5035887 | EDI: JPMORGANCHASE | Apr 20 2023 22:34:00 | CHASE HOME FINANCE, BANKRUPTCY DEPARTMENT, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 5064493 | EDI: JPMORGANCHASE | Apr 20 2023 22:34:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5035892 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 20 2023 18:43:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5406228 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2023 18:44:00 | MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165, MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING 84165-0250 |
| 5468660 | + Email/Text: mtgbk@shellpointmtg.com | Apr 20 2023 18:43:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5406227 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2023 18:44:00 | MTGLQ Investors, L.P., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5468661 | + Email/Text: mtgbk@shellpointmtg.com | Apr 20 2023 18:43:00 | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5059351 | EDI: PRA.COM | Apr 20 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5036791 | + EDI: RECOVERYCORP.COM | Apr 20 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5035896 | EDI: CITICORP.COM | Apr 20 2023 22:34:00 | SEARS/CBNA, PO BOX 6286, SIOUX FALLS, SD 57117-6286 |
| 5035897 | EDI: RMSC.COM | Apr 20 2023 22:34:00 | SYNCB/CCPPBY, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5035898 | + EDI: CITICORP.COM | Apr 20 2023 22:34:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5035900 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 20 2023 18:43:00 | UNEMPL COMP TAX MATTERS, |

HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com

Brian C Nicholas
  on behalf of Creditor MTGLQ Investors  L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian C Nicholas
  on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Charles G. Wohlrab
  on behalf of Creditor MTGLQ Investors  L.P. cwohlrab@raslg.com

Charles G. Wohlrab
  on behalf of Creditor GS Mortgage-Backed Securities Trust 2022-RPL2  c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Dorothy L Mott
  on behalf of Debtor 1 Kennith Eugene Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Dorothy L Mott
  on behalf of Debtor 2 Mary Alice Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Douglas Richard Blecki, Jr.
  on behalf of Creditor Aberdeen Proving Ground Federal Credit Union dblecki@silvermanlegal.com jmcmurray@silvermanlegal.com

Jack N Zaharopoulos
  TWecf@pamd13trustee.com

Kara Katherine Gendron
  on behalf of Debtor 1 Kennith Eugene Young

Kara Katherine Gendron
    karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

    on behalf of Debtor 2 Mary Alice Young karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenneth Eugene Young<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5329<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Mary Alice Young<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5699<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-01077-HWV | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Eugene Young                    Mary Alice Young

4/20/23

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                  **Chapter 13 Discharge**                  page 2