| Fill in this information to identify the case: |
|---|
| **Debtor 1**     Kennith Eugene Young |
| **Debtor 2** (Spouse, if filing)     Mary Alice Young |
| United States Bankruptcy Court for the: **Middle** District of **Pennsylvania** (State) |
| Case number     1:18-bk-01077-HWV |

Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for GS Mortgage-Backed Securities Trust 2022-RPL2

**Court claim no. (if known):** 8-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6563

**Property address:**
266 Grove Road
Number    Street

Delta, PA 17314
City    State    ZIP Code

### Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:    06/01/2023
                                                           MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total post-petition payments due: | (a) $ | 0.00 |
| b. Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 0.00 |
| c. **Total.** Add lines a and b | (C) $ | 0.00 |

Creditor asserts that the debtor(s) are contractually Obligated for the post-petition payment(s) that first became Due on:     _____
                                                           MM/DD/YYYY

| Debtor 1 | **Kennith Eugene Young** | Case number 1:18-bk-01077-HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| | ✗ /s/Charles L. Kennon | Date | 05/17/2023 |
| | Signature | | |
| Print | Charles L. Kennon | Title | Authorized Agent for the Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | | |
|---|---|---|
| Address | 1544 Old Alabama Road | |
| | Number        Street | |
| | Roswell, GA 30076 | |
| | City        State        Zip Code | |
| Contact phone | 7252532312 | Email   Charles.Kennon@mccalla.com |

| | | |
|---|---|---|
| In Re: Kennith Eugene Young<br>Mary Alice Young | Bankruptcy Case No.:<br>Chapter:<br>Chief Judge: | 1:18-bk-01077-HWV<br>13<br>Henry W. Van Eck |

CERTIFICATE OF SERVICE

I, Charles L. Kennon, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kennith Eugene Young
266 Grove Road
Delta, PA 17314

Mary Alice Young
266 Grove Road
Delta, PA 17314

Kara Katherine Gendron            *(served via ECF Notification)*
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Jack N Zaharopoulos, Trustee      *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee             *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:   <u>05/17/2023</u>       By:   <u>/s/Charles L. Kennon</u>
                     (date)                      Charles L. Kennon,
                                         Authorized Agent for the Creditor