United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 18-01077-HWV

Kennith Eugene Young                                                        Chapter 13

Mary Alice Young

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Jun 06, 2023                    Form ID: fnldec                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kennith Eugene Young, Mary Alice Young, 266 Grove Road, Delta, PA 17314-9023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Brian C Nicholas | |
| | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian C Nicholas | |
| | on behalf of Creditor MTGLQ Investors  L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor GS Mortgage-Backed Securities Trust 2022-RPL2  c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor MTGLQ Investors  L.P. cwohlrab@raslg.com |
| Dorothy L Mott | |

District/off: 0314-1

Date Rcvd: Jun 06, 2023

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Dorothy L Mott

on behalf of Debtor 1 Kennith Eugene Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

on behalf of Debtor 2 Mary Alice Young DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Douglas Richard Blecki, Jr.

on behalf of Creditor Aberdeen Proving Ground Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Kara Katherine Gendron

on behalf of Debtor 2 Mary Alice Young karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron

on behalf of Debtor 1 Kennith Eugene Young karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kennith Eugene Young,
      **Debtor 1**

Mary Alice Young,
      **Debtor 2**

Chapter      13

Case No.      1:18−bk−01077−HWV

Social Security No.:
      xxx−xx−5329      xxx−xx−5699

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  June 6, 2023

**fnldec** (01/22)