Debtor 1    Kennith Eugene Young

Debtor 2
(Spouse, if filing)    Mary Alice Young

United States Bankruptcy Court for the: Middle District of Pennsylvania (Harrisburg)

Case number    18-01077

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date
of this notice    06/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $773.71

**Last 4 digits** of any number you use to
identify the debtor's account:    4   9   9   4

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis
    for the change. If a statement is not attached, explain why:

    Current escrow payment: $ 317.45      New escrow payment: $ 312.49

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's
    variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
    attached, explain why:

    Current interest rate: _____%      New interest rate: _____%

    Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change:

    Current mortgage payment: $ _____      New mortgage payment: $ _____

Case 1:18-bk-01077-HWV    Doc    Filed 04/27/20    Entered 04/27/20 16:05:59    Desc
Main Document    Page 1 of 9

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Bubba Fangman       Date   04/27/2020

   Signature

Print: Bubba Fangman

First Name      Middle Name      Last Name

Vice President

Title

Company   JPMorgan Chase Bank, N.A.

Address   Chase Records Center Attn: Correspondence Mail

   Number      Street

   700 Kansas Lane, Mail Code LA4-5555

   Address 2

   Monroe       LA    71203

   City      State    ZIP Code

Contact phone   866-243-5851

PCN_Escalations@chase.com

Email

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

Chapter 13 No. 18-01077
Judge: Chief Judge Henry W. Van Eck

In re:

Kennith Eugene Young & Mary Alice Young

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 28, 2020 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid

                                 Kennith Eugene Young
                                 266 Grove Road

                                 Delta PA 17314


                                 By U.S. Postal Service First Class Mail Postage Prepaid

                                 Mary Alice Young
                                 266 Grove Road

                                 Delta PA 17314

Debtor's Attorney:               By U.S. Postal Service First Class Mail Postage Prepaid

                                 Kara Katherine Gendron
                                 Mott & Gendron Law
                                 125 State Street

                                 Harrisburg PA 17101


                                 By U.S. Postal Service First Class Mail Postage Prepaid

                                 Dorothy L Mott
                                 Mott & Gendron Law
                                 125 State Street

                                 Harrisburg PA 17101

Trustee:                         By U.S. Postal Service First Class Mail Postage Prepaid

                                 Charles J DeHart, III (Trustee)

                                 8125 Adams Drive, Suite A

                                 Hummelstown PA 17036

/s/Bubba Fangman

Vice President



OH4-7399
3415 Vision Drive
Columbus, OH 43219

**Escrow account
statement**

| | |
|---|---|
| **Account number** | |
| **Statement date** | 03/11/2020 |
| **Review period** | 06/2019 to 05/2020 |

**Property address**
266 Grove Road
Delta, PA  17314

**New monthly mortgage payment amount**
$773.71

**New payment effective date**
06/01/2020

00379 EWA  Z 07120 C  -  ESU
KENNITH YOUNG
MARY YOUNG
266 GROVE ROAD
DELTA, PA  17314-9023

## Your escrow surplus summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **$106.31** in September 2020
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$0.00**.
- The difference between your estimated low balance and your minimum required balance is the escrow surplus. However, if you are in Chapter 12 or 13, the amount of your escrow  surplus may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $129.00, you have estimated post-petition surplus of $22.69.

Your surplus was determined based on the assumption that all payment have been made, so it may include funds that have not yet been paid to us. Since your account has one or more payments which have not been received, your surplus check is not included.

## Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | Current post-petition amount | New post-petition amount |
|---|---|---|---|
| **Principal & interest** | $461.22 | $461.22 | $461.22 |
| **Escrow account deposit** | $313.07 | $317.45 | $312.49 |
| **Shortage amount** | $4.38 | $0.00 | $0.00 |
| **Total payment amount** | **$778.67** | **$778.67** | **$773.71** |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowner's insurance | $850.26 | ↓ | $832.05 |
| Property tax | $2,906.52 | ↑ | $2,917.69 |

*These estimates are typically based on what we paid last year.

## Resource for you



**Contact Us**
**Customer Service**   **1-800-848-9136**
Monday-Friday     8am - Midnight
Saturday        8am - 8pm (ET)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen.

| Month-Year | Activity | Estimated Activity | Actual Activity | Escrow Account Balance | |
|---|---|---|---|---|---|
| | | | | **Original Estimated Balance** | **ACTUAL Balance** |
| | Starting Balance | | | $1,824.91 | $1,623.38 |
| Jun-19 | Deposit | $313.07 | $317.45 * | $2,137.98 | $1,940.83 |
| Jul-19 | Deposit | $313.07 | $317.45 * | $2,451.05 | $2,258.28 |
| Aug-19 | Deposit | $313.07 | $317.45 * | | |
| Aug-19 | Withdrawal - SOUTH EASTERN SCHOOL DIS | $2,226.93 | $2,227.26 * | $537.19 | $348.47 |
| Aug-19 | Withdrawal - ALLSTATE | - | $832.05 * | $537.19 | -$483.58 |
| Sep-19 | Deposit | $313.07 | $317.45 * | | |
| Sep-19 | Withdrawal - HOMEOWNER IN | $850.26 | $0.00 * | $0.00 | -$166.13 |
| Oct-19 | Deposit | $313.07 | $317.45 * | $313.07 | $151.32 |
| Nov-19 | Deposit | $313.07 | $317.45 * | $626.14 | $468.77 |
| Dec-19 | Deposit | $313.07 | $20.00 * | $939.21 | $488.77 |
| Jan-20 | Deposit | $313.07 | $317.45 * | $1,252.28 | $806.22 |
| Feb-20 | Deposit | $313.07 | $317.45 * | $1,565.35 | $1,123.67 |
| Mar-20 | Deposit | $313.07 | $634.90 E | | |
| Mar-20 | Withdrawal - PEACH BOTTOM TOWNSHIP | $679.59 | $690.43 E | $1,198.83 | $1,068.14 |
| Apr-20 | Deposit | $313.07 | $317.45 E | $1,511.90 | $1,385.59 |
| May-20 | Deposit | $313.07 | $317.45 E | $1,824.97 | $1,703.04 |
| | | **Estimated Activity** | **Actual Activity** | **Original Estimated Balance** | **ACTUAL Balance** |
| **Total Deposits** | | $3,756.84 | $3,829.40 | | |
| **Total Withdrawals** | | $3,756.78 | $3,749.74 | | |
| **Account Balance as of May-20** | | | | | $1,703.04 |

An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

| Month-Year | Activity | Estimated Activity | Escrow Account Balance | |
|---|---|---|---|---|
| | | | **Estimated Balance** | **ACTUAL Balance** |
| | Starting Balance | | | $1,703.04 |
| Jun-20 | Deposit | $312.49 | $2,015.53 | |
| Jul-20 | Deposit | $312.49 | $2,328.02 | |
| Aug-20 | Deposit | $312.49 | | |
| Aug-20 | Withdrawal - South Eastern School Dis | $2,227.26 | $413.25 | |

**(Continued)**

## Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
| Sep-20 | Deposit | $312.49 | | |
| Sep-20 | Withdrawal - Allstate | $832.05 | -$106.31 | |
| Oct-20 | Deposit | $312.49 | $206.18 | |
| Nov-20 | Deposit | $312.49 | $518.67 | |
| Dec-20 | Deposit | $312.49 | $831.16 | |
| Jan-21 | Deposit | $312.49 | $1,143.65 | |
| Feb-21 | Deposit | $312.49 | $1,456.14 | |
| Mar-21 | Deposit | $312.49 | | |
| Mar-21 | Withdrawal - Peach Bottom Township | $690.43 | $1,078.20 | |
| Apr-21 | Deposit | $312.49 | $1,390.69 | |
| May-21 | Deposit | $312.49 | $1,703.18 | |

| | | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
| | Total Estimated Deposits | $3,749.88 | | |
| | Total Estimated Withdrawals | $3,749.74 | | |
| | Estimated Account Balance as of May-21 | | $1,703.18 | |

**This Page Intentionally Left Blank**



# How to read your

## Escrow Account Statement

**Your new monthly mortgage payment amount**
Shows your new monthly payment amount

**Your escrow surplus summary**
Explains why your account has a surplus

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Lower than estimated tax and/or insurance payments can result in a surplus.

**Monthly payment breakdown**
Breaks down your monthly payment to show mortgage principal & interest, escrow, and your current vs. new monthly payment amounts.

**Surplus Check**
Your surplus check will be attached here if the amount is greater than $50.
Please detach and cash it.

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account. Surpluses can occur if the actual taxes and/or insurance payments are lower than estimated.

**Your estimated ecrow account activity over the next 12 months**
Based on actual activity in the prior review period, this section projects activity for the next 12 months.
The highlighting shows your estimated low balance. Your surplus amount is the difference between this low balance and your minimum required balance.

## Frequently asked questions

**Why am I getting an Escrow Analysis?**
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**Why does my account have a surplus?**
Your account balance is higher than the minimum balance required, so we're refunding the difference. If your refund is more than $50, your check is attached. If it's less than $50, we'll credit your escrow account with your surplus.
We calculate next year's monthly escrow payment based on your tax and/or insurance payment amounts at the time your analysis is run. If your taxes and/or insurance change, your escrow payment may chance, resulting in a shortage or surplus next year.

**What is a minimum required balance?**
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Where can I get more information?**
- For answers to more questions and to watch our informational video, visit **www.chase.com/Escrow**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **www.chase.com/Alerts**



©2015 JPMorgan Chase & Co.

58699-ESU-0215